FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

July 3, 2013

No. 04-12-00767-CV

**THE HEIRS OF ANDRES GARCIA** and Francesca Menchaca,
Appellants

v.

Atlee **PARR**, Ranch Enterprises LLC, Los Orcones Ranch LTD and Los Orcones Ranch
Management LLC,
Appellees

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-09-325
The Honorable J. Bonner Dorsey, Judge Presiding

## O R D E R

The Appellant Carolina Allen Saenz's Second Motion to Extend Time to File Brief Is
Granted. Time is extended to August 5, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 3rd day of July, 2013.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court